Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY ELLISON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign insurance company, licensed to do, and doing business in the State of Washington<br><br>Defendant | No. 2:21-cv-01691-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DISCLOSURE OF EXPERT TESTIMONY AND DISCOVERY DEADLINES SET FORTH IN DKT. 8** |

Having considered the Parties Stipulation to extend the deadlines regarding the Disclosure of Expert Testimony and the filing of Motions related to Discovery, as set forth in Dkt. 8, as well as the records and pleadings already on file, it is hereby ORDERED that the following proposed deadline is GRANTED:

| | |
|---|---|
| Disclosure of Expert Testimony | December 5, 2022 |
| Deadline for Filing Motions Related to Discovery | December 5, 2022 |

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES RE: DISCLOSURE OF EXPERT TESTIMONY AND FILING OF MOTIONS RELATED TO DISCOVERY, AS SET FORHT IN DKT. 8 – 1
CASE NO. 2:21-cv-01691-RSM

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

DATED this 12th day of September, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

LETHER LAW GROUP

/s/ Thomas Lether
Thomas Lether, WSBA #18089
/s/ Eric Neal
Eric J. Neal, WSBA #31863
/s/ Geraldine Anne T. Enrico
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
eneal@letherlaw.com
genrico@letherlaw.com
*Counsel for Defendant Progressive Direct Insurance Company*

LaRee Beck, WSBA #38789
Driggs, Bills & Day PLLC
2125 Western Ave, Suite 500
Seattle, WA 98121
P: (206) 607-9098
lbeck@advocates.com
*Counsel for Plaintiff Tiffany Ellison*

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES RE: DISCLOSURE OF EXPERT TESTIMONY AND FILING OF MOTIONS RELATED TO DISCOVERY, AS SET FORHT IN DKT. 8 – 2
CASE NO. 2:21-cv-01691-RSM

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies):

LaRee Beck, WSBA #38789
Driggs, Bills & Day PLLC
2125 Western Avenue, Suite 500
Seattle, WA 98121
T: 206-607-9098/ F: 206-641-3214
lbeck@advocates.com
*Counsel for Plaintiff Tiffany Ellison*

**By:**   [ ] **First Class Mail**   [X] **E-Service/Email**   [ ] **Legal Messenger**

DATED this 8th day of September 2022 at Seattle, Washington.

*/s/ Devon Sheehan*
Devon Sheehan | Paralegal

ORDER GRANTING STIPULATED
MOTION TO EXTEND DEADLINES RE: DISCLOSURE OF
EXPERT TESTIMONY AND FILING OF MOTIONS RELATED
TO DISCOVERY, AS SET FORHT IN DKT. 8 – 3
CASE NO. 2:21-cv-01691-RSM

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544