Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIFFANY ELLISON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign insurance company, licensed to do, and doing business in the State of Washington<br><br>Defendants. | CAUSE NO. 2:21-cv-1691-RSM<br><br>**STIPULATED MOTION AND ORDER FOR DISMISSAL** |

Pursuant to CR 41(a)(1)(A), Plaintiff Tiffany Ellison and Defendant Progressive Direct Insurance Company ("Progressive"), though their undersigned attorneys, hereby stipulate and jointly move for entry of an Order dismissing this case and Plaintiff's claims against Defendant with prejudice and without costs or fees to either party. A proposed Order accompanies this stipulated Motion.

DATED this 13th day of October 2022.

| LETHER LAW GROUP | DRIGGS, BILLS & DAY PLLC |
|---|---|
| /s/ Thomas Lether_____<br>Thomas Lether, WSBA #18089<br>/s/ Eric Neal_____<br>Eric J. Neal, WSBA #31863 | *LaRee Y Beck*<br><br>LaRee Beck, WSBA #38789<br>2125 Western Ave., Suite 500 |

**STIPULATED MOTION AND ORDER FOR DISMISSAL** - 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  /s/ Geraldine Anne T. Enrico            Seattle, WA 98121
   Geraldine Anne T. Enrico, WSBA #54917   T: (206) 607-9098/ F: (206) 641-3214
2  1848 Westlake Avenue N, Suite 100       lbeck@advocates.com
   Seattle, WA 98109                       Counsel for Plaintiff, Tiffany Ellison
3  P: (206) 467-5444/F: (206) 467-5544
   tlether@letherlaw.com
4  eneal@letherlaw.com
   genrico@letherlaw.com
5  Counsel for Defendant, Progressive Direct Insurance Company

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**STIPULATED MOTION AND ORDER FOR DISMISSAL** - 2

## ORDER

This matter, having come before the Court on the foregoing stipulation, pursuant to CR41(a)(1)(A), hereby orders that this case shall be dismissed with prejudice and without an award of costs or fees to any party. The Clerk is directed to enter this Order and dismissal with prejudice of this action.

DATED this 26th day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following party(ies:

LaRee Beck, WSBA #38789
Driggs, Bills & Day PLLC
2125 Western Ave., Suite 500
Seattle, WA 98121
P: (206) 607-9098/ F: (206) 46- 3214
lbeck@advocates.com
*Counsel for Plaintiff, Tiffany Ellison*

**By:**     **[ ] First Class Mail**     **[X] E-Service/Email**     **[ ] Legal Messenger**

DATED this 13th day of October 2022 at Seattle, Washington.

/s/ Devon Sheehan
Devon Sheehan| Paralegal

**STIPULATED MOTION AND ORDER FOR DISMISSAL** - 4

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544